IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOGATAY TRUST OF 2000 & BOGATAY,      No. 3:13-cv-700-AA
CONSTRUCTION, INC.,             O R D E R

   Plaintiffs,

 vs.

PENN-MONT BENEFIT SERVICES, INC.
PENN PUBLIC TRUST; KORESKO &
ASSOCIATES, P.C.; KORESKO LAW
FIRM, P.C.' JOHN J. KORESKO, V;
LAWRENCE KORESKO; JEANNE
BONNEY; LARRY TOWNSEND; GREAT
SOUTHERN LIFE INSURANCE COMPANY;
& AMERICO FINANCIAL LIFE AND
ANNUITY INSURANCE COMPANY,

   Defendants.

AIKEN, Chief Judge:

On July 7, 2015, plaintiffs moved to dismiss all claims filed in this case with prejudice. No timely objection was filed by any party. No counterclaims were filed in this action and good cause exists for dismissal of this case.

In a related action, <u>Thomas E. Perez, Secretary of Labor, United States Dept. Of Labor v. John J. Koresko, v, et al.</u>, Case No. 09-988 (E.D. Pa., McLaughlin, J.), the court has required dismissal of the case at bar, with prejudice, as a condition of settlement pursuant to which plaintiffs will be paid a portion of the funds lost through the acts or omissions of defendants.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this 30 day of July 2015.

_____
Ann Aiken
United States District Judge